In the Matter of the Claim of ADOLPH KOLLENBECK, Appellant, against EDWARD PRILL, INC., and UNITED STATES CASUALTY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

DOROTHY M. MORAN, an Infant, by Her Guardian ad Litem, JOSEPH P. MORAN, Appellant, v. ANASTASIA E. MORAN, Respondent.— Motion to dismiss appeal denied, without costs, and without prejudice to a renewal thereof. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of GEORGE NEVINS, Appellant, against MAX BLOCK and Others, and THE STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to require the Industrial Board to receive notice of appeal. The Industrial Board, acting through one member, on August 1, 1941, modified a determination made by a referee. Application was then made under section 23 of the Workmen's Compensation Law for a hearing by the entire Board. This application was denied on September twenty-sixth. Notice of appeal was served on October tenth appealing from the decision filed August 1, 1941. This was more than the twenty days allowed. The refusal to give a hearing by the entire Board on September twenty-sixth is not a reviewable order. There is a rule of the Industrial Board that if an appeal is taken from a decision by the Board acting through one member there will be no review granted by the entire Board. In denying this motion we feel that we should invite the attention of the Legislature to this incongruous situation. Motion denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of MAX ROTH, Appellant, against I. UNTERBERG & Co., INC., and UTICA MUTUAL INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Application for leave to prosecute appeal on a typewritten record denied, without prejudice and without costs, on the ground that it does not appear from the application that appellant has an appeal pending at the present time. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of WILHELMINA TAYLOR, Appellant, against ECHO MOTOR SALES and THE TRAVELERS INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for an order extending appellant's time within which to file and serve record on appeal and briefs. Motion granted, without costs. Record and brief must be filed and served on or before December 15, 1941, and appellant must be ready to argue such cause at the January, 1942, Compensation and Unemployment Insurance Appeal Term of this court. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of EARL WEBSTER, Respondent, against ST. JOSEPH LEAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion to compel the State Industrial Board and Claimant to accept notice of appeal to this court granted, with ten dollars costs to appellant against the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of LORA MAY HUT, Respondent, against LEJACK HOLDING CORP. and NEW AMSTERDAM CASUALTY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.